■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN JAMES HEATER, Appellant. [667 NYS2d 285] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered October 9, 1996, convicting him of sexual abuse in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Copertino, Joy, Florio and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES HOLLOMAN, Appellant. [667 NYS2d 276] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 22, 1996 (*People v Holloman,* 226 AD2d 654), affirming a judgment of the Supreme Court, Kings County, rendered November 17, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Rosenblatt, J. P., Copertino, Sullivan and Goldstein, JJ., concur.